Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Defendant Atlantic Specialty Insurance Company and Brentwood Services Administrators, Inc.*

**UNITIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDI TAHIRAJ,<br><br>                          Plaintiff,<br><br>v.<br><br>INTACT INSURANCE GROUP USA LLC; ONEBEACON INSURANCE GROUP, LLC; ATLANTIC SPECIALITY INSURANCE COMPANY; ON-DEMAND COMPANIES GROUP INSURANCE TRUST; BRENTWOOD SERVICES ADMINISTRATORS, INC.; DOES I-X; and ROE CORPORATIONS X1-XX<br><br>                          Defendants. | CASE NO.:  2:24-cv-00568-APG-NJK<br><br>**JOINT STIPULATION AND ORDER TO SET ASIDE DEFAULT OF BRENTWOOD SERVICES ADMINISTRATORS, INC.** |

Plaintiff Andi Tahiraj ("Plaintiff") and Defendants Atlantic Specialty Insurance Company ("Atlantic Specialty") and Brentwood Services Administrators, Inc. ("Brentwood"), by and through undersigned counsel, hereby stipulate and agree that this Court should set aside the clerk's entry of default against Brentwood pursuant to Federal Rule of Civil Procedure 55(c). Prior to removal of the action to this Court, a default was mistakenly entered against Brentwood in contravention of an agreement between Plaintiff and the named defendants in this action. Because good cause exists, the parties hereto respectfully ask this Court to set aside the default against Brentwood.

The parties also stipulate and agree that the deadline for any named defendant that has been properly served to file responsive pleadings to the Complaint shall be extended until April 22, 2024.

The purpose of such an extension is to permit the parties additional time to discuss the filing of an amended complaint or additional stipulations that could potentially narrow the number of named defendants in this action.

IT IS SO STIPULATED.

DATED this 28th day of March 2024.

| ANGULO LAW GROUP, LLC | CLYDE & CO US LLP |
|---|---|
| */s/ Joesph R. Smith*<br>Peter M. Angulo<br>Nevada Bar No. 3672<br>Joseph R. Smith<br>Nevada Bar No. 13961<br>5545 S. Mountain Vista St. Ste. F<br>Las Vegas, NV 89120<br>*Attorney for Plaintiff* | */s/ Justin Hepworth*<br>Amy M. Samberg<br>Nevada Bar No. 10212<br>Justin S. Hepworth<br>Nevada Bar No. 10080<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas, NV 89128<br>amy.samberg@clydeco.us<br>justin.hepworth@clydeco.us<br><br>*Attorneys for Atlantic Specialty Insurance Company and Brentwood Services Administrators, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

DATED: March 29, 2024