PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
**ANGULO LAW GROUP, LLC**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| ANDI TAHIRAJ;<br><br>   Plaintiff,<br>vs.<br><br>INTACT INSURANCE GROUP USA LLC; ONEBEACON INSURANCE GROUP, LLC; ATLANTIC SPECIALITY INSURANCE COMPANY; ON-DEMAND COMPANIES GROUP INSURANCE TRUST; BRENTWOOD SERVICES ADMINISTRATORS, INC.; DOES I-X; and ROE CORPORTATIONS XI-XX;<br><br>   Defendant(s). | Case No.:   2:24-cv-00568-APG-NJK<br><br>**JOINT STIPULATION AND ORDER TO DISMISS DEFENDANTS WITHOUT PREJUDICE** |

COME NOW, Plaintiff ANDI TAHIRAJ (hereinafter collectively "Plaintiff") by and through his attorneys of record with ANGULO LAW GROUP, LLC, and Defendants ATLANTIC SPECIALTY INSURANCE COMPANY and BRENTWOOD SERVICES ADMINISTRATION, INC. by and through their counsel of record with CLYDE & CO US LLP, and hereby stipulate to dismiss *without prejudice* the following named Defendants in this matter:

Defendant INTACT INSURANCE GROUP USA LLC;

Defendant ONEBEACON INSURANCE GROUP, LLC;

Defendant ON-DEMAND COMPANIES GROUP INSURANCE TRUST;

Defendant BRENTWOOD SERVICES ADMINISTRATORS, INC.

This stipulation is made pursuant to defense counsel's representations Defendant ATLANTIC SPECIALTY INSURANCE COMPANY is the correct underwriting entity that issued the relevant

insurance policy. Plaintiff reserves the right to seek leave to amend its complaint to re-introduce any one or all of the Defendants dismissed hereby should information revealed through discovery contradict or disprove defense counsel's representations, as well as the right to pursue potential sanctions or penalties therefor.

IT IS SO STIPULATED.

DATED this 12th day of April, 2024.

**ANGULO LAW GROUP, LLC**

 */s/ Joseph R. Smith*
PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
5545 S. Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
*Attorneys for Plaintiff*

DATED this 12th day of April, 2024.

**CLYDE & CO US LLP**

 */s/ Justin S. Hepworth*
AMY M. SAMBERG, ESQ.
Nevada Bar No. 10212
JUSTIN S. HEPWORTH, ESQ.
Nevada Bar No. 10080
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
*Attorneys for Defendants Atlantic Specialty Insurance Company and Brentwood Services Administrators, Inc.*

## ORDER

IT IS SO ORDERED.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 15, 2024**