Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile: 725-248-2907

*Attorneys for Defendant*
*Atlantic Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDI TAHIRAJ,<br><br>                    Plaintiff,<br><br>v.<br><br>INTACT INSURANCE GROUP USA LLC;<br>ONEBEACON INSURANCE GROUP, LLC;<br>ATLANTIC SPECIALITY INSURANCE<br>COMPANY; ON-DEMAND COMPANIES<br>GROUP INSURANCE TRUST; BRENTWOOD<br>SERVICES ADMINISTRATORS, INC.; DOES<br>I-X; and ROE CORPORATIONS X1-XX<br><br>                    Defendants. | CASE NO.: 2:24-cv-00568-APG-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through

2  their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each

3  party to bear their own costs and attorney's fees.

4    It is so stipulated this 12th day of November 2025.

5  ANGULO LAW GROUP, LLC                    CLYDE & CO US LLP

6  By: */s/ Joseph R. Smith*                By:  */s/ Justin S. Hepworth*

7  Peter M. Angulo. (NV Bar No. 3672)       Amy M. Samberg (NV Bar No. 10212)
   Joseph R. Smith (NV Bar No. 13961)       Justin S. Hepworth (NV Bar No. 10080)

8  5545 S. Mountain Vista St., 2nd Floor    7251 West Lake Mead Boulevard, Suite 430
   Las Vegas, NV 89120                      Las Vegas, Nevada 89128

9  *Attorneys for Plaintiff*                *Attorneys for Defendant*
   *Andi Tahiraj*                           *Atlantic Specialty Insurance Company*

10

11                            **ORDER**

12  **IT IS SO ORDERED**

13  DATED: November 13, 2025

14

15

16  _____
    ANDREW P. GORDON

17  CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28